United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STRIKE 3 HOLDINGS, LLC,

Plaintiff,

v.

JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 73.170.146.242,

Defendant.

Case No. 26-cv-05028-SK

**ORDER DISMISSING CASE WITHOUT PREJUDICE**

Regarding Docket No. 10

On August 24, 2026, Plaintiff filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Dkt. No. 10.) Defendant has not filed an answer or motion for summary judgment. Accordingly, the Court DISMISSES this case WITHOUT PREJUDICE. All case deadlines and hearings, including the initial case management conference scheduled for August 31, 2026 are HEREBY VACATED. Each party shall bear its own fees and costs. The Clerk is instructed to close this file.

**IT IS SO ORDERED**.

Dated: August 24, 2026

SALLIE KIM
United States Magistrate Judge